UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GEROM KNOCKUM** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1563** |
| **OFFICER COOPER MARCEL, ET AL.** | **SECTION: "G"(1)** |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's requests for habeas corpus relief and mandamus relief are **DENIED**.

**IT IS FURTHER ORDERED** that all of plaintiff's federal civil rights claims, **except for his claim against Officer Cooper for false arrest**, are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's false arrest claim against Officer Cooper Marcel is **STAYED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to mark this action **CLOSED** for statistical purposes.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction over the stayed claim and that the case be restored to the trial docket upon plaintiff's motion once his criminal proceedings are concluded, so that the claim may proceed to final disposition.

**NEW ORLEANS, LOUISIANA,** this  15th  day of February, 2022.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**